1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| ROBERT JOE GONZALES,<br><br>           Petitioner,<br><br>          v.<br><br>KELLY SANTORO, Warden,<br><br>           Respondent. | Case No. CV 15-1941 MRW<br><br><br>JUDGMENT |

19
20        IT IS ADJUDGED that the action is dismissed with prejudice as untimely.
21
22
23
24    DATE: May 3, 2016

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

25
26
27
28